# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| EFRAIN ESTEBAN VAZQUEZ, | Case No. 3:26-cv-00292-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| JASON KNIGHT, *et al.*, | |
| Respondents. | |

Petitioner Efrain Esteban Vazquez, an immigration detainee challenging his ongoing federal detention at Washoe County Detention Center, filed a *pro se* petition for federal habeas corpus relief under 28 U.S.C. § 2241. (ECF No. 1-1 ("Petition").) The Court cannot determine under what statutory authority Petitioner is detained or what constitutional claims he may have, so the Court defers ruling on the Petition. However, the Court finds that the appointment of counsel is in the interests of justice due to the potential complexities of this case and will permit counsel to file an amended petition if warranted.[1] The Court also directs that the Petition be served on the United States Attorney's Office for the District of Nevada ("USAO").

It is therefore ordered that the Federal Public Defender for the District of Nevada ("FPD") is appointed to represent Petitioner and is directed to file a notice of appearance (or indicate its inability to represent Petitioner) within seven days of the date of this Order. If the FPD is unable to represent Petitioner, alternate counsel will be appointed. Appointed counsel will represent Petitioner in all federal proceedings related to this matter, including

---

[1]Petitioners seeking habeas corpus relief are entitled to appointed counsel when the circumstances indicate that appointed counsel is necessary to prevent due process violations or whenever the interests of justice so require. *See Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986); 18 U.S.C. § 3006A.

any appeals or certiorari proceedings, unless allowed to withdraw. If the FPD files a notice of appearance in this matter, it (1) will then have 30 days from the date of this Order to file either an amended petition or a motion to dismiss the Petition, (2) shall effectuate service of the amended petition, if one is filed, on Respondents, and (3) shall file a motion for leave to proceed *in forma pauperis* on Petitioner's behalf.

It is further ordered that the Petition (ECF No. 1-1) is deferred.

It is further kindly ordered that the Clerk of Court:

1. File the Petition (ECF No. 1-1).

2. Send a copy of the Petition (ECF No. 1-1) and this Order to the Federal Public Defender at ecf_nvchu@fd.org, Petitioner, and the CJA Coordinator for this division.

3. Add the USAO to the docket as an Interested Party. Pursuant to District of Nevada's General Order 2026-03 (Feb. 13, 2026), this constitutes service on all federal respondents under Federal Rule of Civil Procedure 4 and 28 U.S.C. § 2243. The USAO is not required to file a response to the Petition at this time.

4. Add Darin Balaam, Sheriff, Washoe County Detention Center to the docket as an Interested Party.

5. Mail a copy of the Petition (ECF No. 1-1) and this Order pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure to Darin Balaam, Sheriff, Washoe County Detention Center, 911 E. Parr Blvd., Reno, NV 89512.

6. Send, through CM/ECF, a copy of the Petition (ECF No. 1) and this Order to Assistant Washoe County District Attorney Cobi Burnett at CBurnett@da.washoecounty.gov.

///

///

2

It is further ordered that Respondents shall not transfer Petitioner out of this District until further Court order.[2]

DATED THIS 24th Day of April 2026

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

---

[2]*See F.T.C. v. Dean Foods Co.,* 384 U.S. 597, 604 (1966) (noting the court's "express authority under the All Writs Act to issue such temporary injunctions as may be necessary to protect its own jurisdiction").

3